JOHN MEZZALINGUA ASSOCIATES, INC. (doing business as PPC), Plaintiff–Appellant,

v.

THOMAS & BETTS CORPORATION, Defendant–Appellee.

No. 02–1330.

United States Court of Appeals, Federal Circuit.

Jan. 16, 2003.

Before SCHALL, GAJARSA, and DYK, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

George S. ALLEN, Plaintiff–Appellant,

v.

HOWMEDICA LEIBINGER, INC., Howmedica, Inc., and Pfizer, Inc., Defendants–Appellees.

No. 02–1369.

United States Court of Appeals, Federal Circuit.

Jan. 16, 2003.

Rehearing and rehearing en banc denied Feb. 24, 2003.

Before NEWMAN, MICHEL, and LOURIE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36